**Order entered April 7, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00211-CR

**VINCENT BARRON JACINTO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1730618-M**

## ORDER

Before the Court is the State's second motion for extension of time to file its brief. We **GRANT** the motion. We **ORDER** the brief received on April 6, 2022, filed as of the date of this order.

/s/     ERIN A. NOWELL
        PRESIDING JUSTICE